(February 23, 1971)

In the Matter of the Estate of RENATO SACCHI, Deceased. JOHN SACCHI, as Trustee, et al., Respondents; MARIA FERIA, Appellant.—

Concur— Markewich, J. P., Nunez, Steuer and Tilzer, JJ.